Serita Rios, SBN# 246568
Law Office of Serita Rios
P.O. Box 688
Fresno, CA 93712-688
Telephone (559) 224-1800
Facsimile (559) 224-1806
serita@seritarioslaw.com

Attorney for Defendant VICTORIA LIMA

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br>　　vs.<br>VICTORIA LIMA, et al.<br>　　　　　Defendants. | Case No. 1:25-cr-00132 JLT SKO<br><br>**ORDER re WAIVER OF APPEARANCE PURSUANT TO RULES 10 AND 43** |

　　　Pursuant to Rule 10 of the Federal Rules of Criminal Procedure Defendant, VICTORIA LIMA, hereby waives her personal appearance at the arraignment on the indictment in the above-captioned matter. Ms. LIMA affirms that she has been advised of her rights to be present at all stages of the proceedings, including arraignment, where she has the right to have the indictment read to her in open court. She affirms that she has received a copy of the Indictment and she enters a plea of not guilty to the charges.

　　　Ms. LIMA further requests that this Court proceed in her absence on every occasion that the Court may permit, pursuant to Rule 43. Ms. LIMA agrees that her interests shall be always represented by her attorney, Serita Rios, the same as if she

-1-

were personally present, and requests that this court allow her attorney to represent her interests at all times. Ms. LIMA further agrees that notice for her appearance may be accepted by her attorney and will be deemed sufficient notice for her personal appearance.

Dated: July 26, 2025                    Respectfully Submitted,

                                              */s/ Victoria Lima*

**VICTORIA LIMA**
Defendant
(Original Signature will be retained on file.)

Dated: July 30, 2025                    Respectfully Submitted,

                                              */s/ Serita Rios*

**SERITA RIOS**
Attorney for Defendant

### ORDER

Pursuant to Rule 43(a)(1) of the Federal Rules of Criminal Procedure, the defendant must be present at: "(1) the initial appearance, the initial arraignment, and the plea…"

Accordingly, Defendant's request for a waiver of appearance at the arraignment on the indictment is DENIED.

IT IS SO ORDERED.

Dated:   **July 31, 2025**                    */s/ Sheila K. Oberto*
                                                    UNITED STATES MAGISTRATE JUDGE