Serita Rios, SBN# 246568
Law Office of Serita Rios
P.O. Box 688
Fresno, CA 93712-688
Telephone (559) 224-1800
Facsimile (559) 224-1806
serita@seritarioslaw.com

Attorney for Defendant VICTORIA LIMA

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | Case No.  1:25-cr-0132-JLT-SKO |
| ) Plaintiff, ) | **STIPULATION AND ORDER TO CONTINUE THE ARRAIGNMENT HEARING** |
| vs. ) ) | |
| VICTORIA LIMA, ) ) | |
| Defendant. ) | |

This matter is set for Arraignment on August 13, 2025. As set forth below, the parties now move, by stipulation, to continue the Arraignment Hearing to October 22, 2025.

On July 3, 2025, a detention hearing was held and the Court ordered that Ms. LIMA be released to Wellspace, a residential substance abuse treatment program located in Sacramento, California. Ms. LIMA entered the program on Wednesday, July 9, 2025, and is scheduled to complete the program on October 9, 2025. The program does not provide transportation outside of Sacramento County for court hearings. The parties are requesting that the Arraignment Hearing be continued until Ms. LIMA completes the residential portion of her treatment.

IT IS STIPULATED that the Arraignment Hearing currently scheduled for August 13, 2025, be continued to October 22, 2025.

Dated: August 7, 2025

/s/ Serita Rios
_____
**Serita Rios**
Attorney for Defendant

Dated: August 7, 2025

/s/ Luke Baty
_____
**Luke Baty**
Assistant U.S. Attorney

## **ORDER**

For good cause shown, IT IS SO ORDERED that the arraignment is continued from August 13, 2025, to **October 22, 2025 at 2:00 p.m. before Magistrate Judge Sheila K. Oberto**.

IT IS SO ORDERED.

Dated:    **August 7, 2025**                    /s/ Barbara A. McAuliffe
                                                                UNITED STATES MAGISTRATE JUDGE

-2-