Serita Rios, SBN# 246568
Law Office of Serita Rios
P.O. Box 688
Fresno, CA 93712-688
Telephone (559) 224-1800
Facsimile (559) 224-1806
serita@seritarioslaw.com

Attorney for Defendant VICTORIA LIMA

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>vs.<br><br>VICTORIA LIMA,<br><br>    Defendant. | Case No. 1:25-CR-00132-JLT<br><br>**STIPULATION AND ORDER FOR STATUS CONFERENCE SETTING**<br><br>Date: September 24, 2025<br>Time: 2:00pm<br>Judge: Sheila K. Oberto |

IT IS STIPULATED by the parties that the above matter be set for Status Conference hearing on September 24, 2025, at 2:00p.m. This stipulation is made pursuant to the Court's request that a status conference hearing be held prior to Ms. LIMA's release from the Wellspace Program so that appropriate terms and conditions can be ordered for continued status on pretrial release. Ms. LIMA is scheduled to complete the Wellspace Program on October 8, 2025.

Dated: September 18, 2025

                                                 */s/ Serita Rios*
                                                 **Serita Rios**
                                                 Attorney for Defendant

Dated: September 18, 2025

                                                 */s/ Luke Baty*
                                                 **Luke Baty**
                                                 Assistant U.S. Attorney

**ORDER**

Pursuant to the parties' Stipulation, the Defendant, VICTORIA LIMA, is scheduled to complete the inpatient portion of treatment at the Wellspace Program on October 8, 2025.

The Court hereby sets a status conference on September 24, 2025, at 2:00 p.m., to set appropriate conditions of pretrial release prior to the Defendant's completion of the Program.

IT IS SO ORDERED.

Dated:   **September 19, 2025**                        /s/ *Sheila K. Oberto*
                                                                    UNITED STATES MAGISTRATE JUDGE