Serita Rios, SBN# 246568
Law Office of Serita Rios
P.O. Box 688
Fresno, CA 93712-688
Telephone (559) 224-1800
Facsimile (559) 224-1806
serita@seritarioslaw.com

Attorney for Defendant VICTORIA LIMA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>VICTORIA LIMA, et al.<br><br>Defendants. | Case No. 1:25-cr-00132 JLT SKO<br><br>**WAIVER OF APPEARANCE PURSUANT TO RULES 43; ORDER** |

Pursuant to Rule 43 of the Federal Rules of Criminal Procedure Defendant, VICTORIA LIMA, hereby requests that this Court proceed in her absence on every occasion that the Court may permit. Ms. LIMA agrees that her interests shall be represented at all times by her attorney, Serita Rios, the same as if she were personally present, and requests that this court allow her attorney to represent her interests at all times. Ms. LIMA further agrees that notice for her appearance may be accepted by her attorney and will be deemed sufficient notice for her personal appearance.

Dated: September 21, 2025                Respectfully Submitted,

                                          */s/ Victoria Lima*
                                         _____
                                         **VICTORIA LIMA**
                                         Defendant
                                         (Original Signature will be retained on file.)

-1-

| | |
|---|---|
| Dated: September 21, 2025 | Respectfully Submitted,<br><br>*/s/ Serita Rios*<br>**SERITA RIOS**<br>Attorney for Defendant |

**ORDER**

**IT IS HEREBY ORDERED** that Defendant's appearance may be waived for non-substantive proceedings pursuant to Rule 43 of the Federal Rules of Criminal Procedure until further order of the Court.

IT IS SO ORDERED.

Dated: **September 22, 2025**          */s/ Sheila K. Oberto*
                                                                    UNITED STATES MAGISTRATE JUDGE