ERIC GRANT
United States Attorney
ROBERT L. VENEMAN-HUGHES
ANTONIO J. PATACA
LUKE B. BATY
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099
Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:25-CR-00132-JLT-SKO |
| Plaintiff, | |
| v. | STIPULATION TO SET CHANGE OF PLEA |
| VICTORIA LIMA. | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties that the matter be set for change of plea on April 27, 2026. A change of plea will be filed contemporaneously with this stipulation. No exclusion of time is necessary as time has already been excluded through June 3, 2026.

Dated: March 31, 2026                   Respectfully submitted,

                                        ERIC GRANT
                                        United States Attorney


                              By    */s/ Robert L. Veneman-Hughes, Antonio J.*
                                    *Pataca, and Luke B. Baty*
                                    ROBERT L. VENEMAN-HUGHES
                                    ANTONIO J. PATACA
                                    LUKE B. BATY
                                    Assistant United States Attorneys


Dated: March 31, 2026         By:   */s/ Serita Rios*
                                    Serita Rios
                                    Attorney for Defendant
                                    Victoria Lima


Stipulation                              1

ORDER

IT IS SO ORDERED that:

The matter is set for change of plea before District Judge Jennifer L. Thurston on April 27, 2026. The parties are ordered to file the plea agreement by April 6, 2026. The defendant is ordered to appear at the hearing.

IT IS SO ORDERED.

Dated: __**March 31, 2026**__

STANLEY A. BOONE
United States Magistrate Judge

Stipulation                                          2