Serita Rios, SBN# 246568
Law Office of Serita Rios
P.O. Box 688
Fresno, CA 93712-688
Telephone (559) 224-1800
Facsimile (559) 224-1806
serita@seritarioslaw.com

Attorney for Defendant VICTORIA LIMA

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | Case No.  1:25-CR-00132-JLT-SKO |
| Plaintiff, | **DEFENDANT VICTORIA LIMA'S** |
| vs. | **REQUEST AND ORDER FOR TRAVEL** |
| | **AND SUBSISTENCE** |
| VICTORIA LIMA et al., | |
| Defendant. | |

Defendant, VICTORIA LIMA, is scheduled for a change of plea hearing on April 27, 2026. Ms. Lima is indigent and requests funds to allow her to travel to and from her change of plea hearing. Ms. Lima's cousin, Susan Swick, has agreed to transport her to and from her Court hearing on April 27, 2026, in her personal vehicle. Ms. Lima currently resides at the Rise & Thrive Sober Living Home at 7900 Via Roma Drive in Fair Oaks, California. Ms. Lima is unemployed; the only benefits she receives is CalFresh (food stamps).

There is unambiguous statutory authority for this Court direct the United States Marshal to furnish Ms. Lima with the cost of travel to Fresno, California, so that she can attend her Court hearing. *See,* 18 U.S.C. §4285. Accordingly, Ms. Lima requests the United States Marshal provide her with subsistence expenses during her travel

period not to exceed the amount authorized as per diem allowance for travel under 5 U.S.C. §5702(a).

Several cases have held that §4285 does not obligate the Marshalls Service to pay an indigent defendant's subsistence expenses – food and lodging – once the defendant arrives and can attend Court. Of course, the defendant has a due process right to attend his court proceedings and cannot be forced to choose between surrendering himself into custody or to go without food and lodging while attending court. *See, United States v. Badalamenti,* 1986 WL 8309 (S.D.N.Y. Jul. 22, 1986). In *United States v. Mendoza,* 734 F.Supp.2d 281, 286-87, (E.D.N.Y. 2010), the Court found that the Criminal Justice Act, 18 U.S.C. §3006A, provided the appropriate funding mechanism for a defendant's lodging and subsistence expenses while he is away from home for court proceedings and for the cost of return travel and subsistence.

Based on those precedents, Ms. Lima requests funding for her travel and subsistence as follows:

(1) From the United States Marshall for the cost of travel to Fresno, California, so that she can attend court in Fresno on April 27, 2026, and subsistence during that travel, pursuant to 18 U.S.C. §4285.

(2) From funds authorized under the Criminal Justice Act, 18 U.S.C. §3006A, for the defendant's subsistence expenses while she is in Fresno on April 27, 2026, for her arraignment hearing, and for the cost of her return travel home and subsistence during that travel.

(3) From any other source the Court finds appropriate for the travel and subsistence expenses noted above.

Undersigned counsel is informed and believes this Court is inclined to order travel and subsistence funding as referenced in (1) and (2) above and to further authorize undersigned counsel to advance the subsistence expenses specified in (2)

**DEFENDANT VICTORIA LIMA'S REQUEST AND [PROPOSED] ORDER
FOR TRAVEL AND SUBSISTENCE**

above with reimbursement to counsel from Criminal Justice Act (CJA) funds ordered by the Court. Counsel will provide Ms. Lima with a copy of the travel funds document which is attached to the proposed order and advise Ms. Lima of her potential liability for excess expenses. Counsel will seek reimbursement from CJA funds promptly once the authorized travel is completed.

Dated: April 20, 2026

*/s/ Serita Rios*

_____

**Serita Rios**
Attorney for Defendant

_____

### ORDER

Pursuant to 18 U.S.C. §4285, the Court orders the United States Marshal to furnish Victoria Lima with the cost of travel from Rancho Cucamonga, California to Fresno, California, so that she may attend court in Fresno on April 27, 2026, at 9:00 a.m. Additionally, the United States Marshal shall provide Ms. Lima with subsistence expenses for this travel period not to exceed the amount authorized as per diem allowance for travel under 5 U.S.C. §5702(a).

Pursuant to 18 U.S.C. §3006A, the Court orders the Federal Defender's Office to disburse Criminal Justice Act (CJA) funds to furnish Ms. Lima with the cost of food expenses while she is in Fresno on April 27, 2026, for her court appearance. It is further ordered that CJA funds be disbursed by the Federal Defender's office for travel and subsistence to enable Ms. Lima to return to her residence in Fair Oaks, California when that court proceeding is completed. It is further ordered that to the extent practicable, the travel and subsistence expenses shall not exceed the

parameters set out in the attached Travel Funding Memorandum and the per diem allowance for travel under 5 U.S.C. §5702(a).

It is further ordered that undersigned counsel may advance the travel and subsistence funds to be disbursed from CJA funds and that the Federal Defender is ordered to reimburse counsel. Counsel shall seek any reimbursement from CJA funds promptly once the authorized travel is completed. Counsel shall endeavor to limit the expenses to the parameters set out in the attached Travel Funding Memorandum, however counsel is not personally liable for excess expenses and shall be reimbursed from CJA funds for all expenses reasonably authorized.

IT IS SO ORDERED.

Dated:    **April 20, 2026**                        /s/ *Erica P. Grosjean*
                                                          UNITED STATES MAGISTRATE JUDGE

**DEFENDANT VICTORIA LIMA'S REQUEST AND [PROPOSED] ORDER
FOR TRAVEL AND SUBSISTENCE**

-4-