**Serita Rios, SBN# 246568**
**Law Office of Serita Rios**
**1435 L Street**
**Fresno, CA 93721**
**Telephone (559) 224-1800**
**Facsimile (559) 224-1806**
**serita@seritarioslaw.com**

Attorney for Defendant VICTORIA LIMA

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>VICTORIA LIMA et al.,<br>Defendant. | Case No. 1:25-CR-00132-JLT-SAB<br>**REQUEST AND ORDER FOR TRAVEL AND SUBSISTENCE** |

Defendant, Victoria Lima, through appointed counsel, respectfully requests authorization to use Criminal Justice Act (CJA) funds to pay the reasonable travel expenses necessary for Ms. Lima to travel from Sacramento, California, to the U.S. Attorney's Office in Fresno to participate in a safety-valve interview with the government. Ms. Lima is represented by appointed counsel pursuant to the CJA and is financially unable to pay the travel expenses herself. The government has scheduled a safety-valve interview in Fresno on August 11, 2026. Ms. Lima's participation in that interview is necessary for her to pursue safety-valve relief pursuant to 18 U.S.C. §3553(f) and U.S.S.G. §5C1.2.

Under 18 U.S.C. §3006A, appointed counsel may be reimbursed for expenses reasonably incurred in providing representation. Because Ms. Lima is indigent and unable to pay these expenses herself, counsel requests advance authorization to

provide Ms. Lima with the funds necessary for reasonable transportation to and from Fresno for the safety-valve interview and thereafter seek reimbursement for those expenses through counsel's CJA voucher. See 18 U.S.C. §3006A.

Accordingly, Ms. Lima respectfully requests that the Court authorize CJA funds for Ms. Lima's reasonable travel expenses from Sacramento to Fresno and back for the safety-valve interview, with counsel authorized to advance those costs and seek reimbursement through her CJA voucher.

Dated: July 31, 2026

*/s/ Serita Rios*

**Serita Rios**
Attorney for Defendant

**ORDER**

Good cause appearing, Defendant, Victoria Lima's request for travel and subsistence is granted. Pursuant to 18 U.S.C. §3006A, CJA funds are authorized for reasonable travel expenses necessary for Ms. Lima to travel from Sacramento to Fresno and return, for the purpose of participating in the safety-valve interview.

Defense counsel is authorized to advance such reasonable travel expenses on Ms. Lima's behalf and to seek reimbursement through counsel's CJA voucher upon submission of appropriate documentation. It is further ordered that to the extent practicable, the travel and subsistence expenses shall not exceed the parameters set out in the attached Travel Funding Memorandum and the per diem allowance for travel under 5 U.S.C. §5702(a).

IT IS SO ORDERED.

Dated: July 31, 2026

UNITED STATES MAGISTRATE JUDGE