**Serita Rios, SBN# 246568**
**Law Office of Serita Rios**
**1435 L Street**
**Fresno, CA 93721**
**Telephone (559) 224-1800**
**Facsimile (559) 224-1806**
**serita@seritarioslaw.com**

Attorney for Defendant VICTORIA LIMA

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>VICTORIA LIMA,<br>Defendant. | Case No. 1:25-CR-00132-JLT-SAB<br>**STIPULATION TO CONTINUE SENTENCING AND MODIFY PRESENTENCE INVESTIGATION SCHEDULE; ORDER**<br>Date: September 21, 2026<br>Time: 9:00 a.m.<br>Court: Hon. Jennifer L. Thurston |

This matter is set for sentencing on September 21, 2026. The parties now move, by stipulation, to continue the sentencing hearing to November 2, 2026. Ms. Lima is a participant in the Better Choices Court Program and is scheduled to complete the program in October. Defense counsel is requesting to continue the sentencing hearing to allow Ms. Lima to complete the program. The Probation Officer assigned to this matter, Elizabeth Gutierrez, has been notified of this stipulation and is in agreement with the proposed sentencing date and schedule.

IT IS HEREBY STIPUALTED by and between the parties hereto, and through their respective attorneys of record, that the sentencing hearing in the above-captioned matter currently set for September 21, 2026, be continued to November 2, 2026. The

parties agree that time be excluded in the interests of justice pursuant to 18 U.S.C. §§3161(h)(7)(A) and (B)(i)(ii).

IT IS FURTHER STIPULATED that the Presentence Investigation Schedule be modified as follows:

| | |
|---|---|
| Judgement and Sentencing Date: | November 2, 2026 |
| Reply or Statement of Non-Opposition: | October 26, 2026 |
| Formal Objections to the PSR shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | October 19, 2026 |
| Final PSR shall be filed with the Court and disclosed to counsel no later than: | October 12, 2026 |
| Informal Objections to the PSR shall be delivered to the Probation Officer and opposing counsel no later than: | October 5, 2026 |
| Draft PSR shall be disclosed to counsel no later than: | September 21, 2026 |

**IT IS SO STIPULATED.**

Dated: August 3, 2026

*/s/ Serita Rios*

**Serita Rios**
Attorney for Defendant

Dated: August 3, 2026

*/s/ Antonio Pataca*

**Antonio Pataca**
Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.

Dated: August 4, 2026

UNITED STATES DISTRICT JUDGE