**Serita Rios, SBN# 246568**
**Law Office of Serita Rios**
**1435 L Street**
**Fresno, CA 93721**
**Phone: (559) 224-1800**
**Fax: (559) 224-1806**
**Email: serita@seritarioslaw.com**

Attorney for Defendant VICTORIA LIMA

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>VICTORIA LIMA<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:25-CR-00132-JLT-SAB<br><br>**PETITION FOR RELEASE OF PRETRIAL SERVICE RECORDS PURSUANT TO LOCAL RULE 460(b)** |

Defendant, Victoria Lima, through counsel, respectfully petitions the Court pursuant to Local Rule 460(b) for an order authorizing the United States Pretrial Services Office to release to defense counsel records relating to the mental-health treatment Ms. Lima has received while on pretrial release.

Ms. Lima has remained on pretrial release during the pendency of this matter and has participated in mental-health treatment and services while under the supervision of the United States Pretrial Services Office. Ms. Lima is presently awaiting sentencing.

Defense counsel requests disclosure of records in the possession of Pretrial Services concerning Ms. Lima's mental-health treatment and services while on pretrial release, including records reflecting her attendance, participation and compliance with treatment; treatment progress or status reports; evaluations or assessments; treatment

recommendations or treatment plans; discharge summaries; and other records reflecting her progress in, response to, or compliance with mental-health treatment.

The requested records are necessary to assist defense counsel in preparing for Ms. Lima's sentencing. Ms. Lima's mental-health history, participation in treatment while on pretrial release, response to treatment, and rehabilitative efforts are relevant to the Court's consideration of her history and characteristics and the appropriate sentence under 18 U.S.C. § 3553(a). Ms. Lima consents to the disclosure of these records to her counsel for purposes of preparing for sentencing.

For these reasons, Ms. Lima respectfully requests that the Court issue an order pursuant to Local Rule 460(b) authorizing and directing the United States Pretrial Services Office to release to release the requested records to defense counsel.

Dated: September 25, 2026

Respectfully Submitted,

*/s/ Serita Rios*

**Serita Rios**
Attorney for Defendant

**ORDER**

Upon consideration of Defendant's Petition for Release of Pretrial Services Records pursuant to Local Rule 460(b), and good cause appearing,

**IT IS HEREBY ORDERED** that the United States Pretrial Services Office disclose to defense counsel records in its possession concerning Ms. Lima's mental-health treatment while on pretrial release, including records reflecting her attendance, participation, compliance and progress in treatment; evaluations or assessments; treatment recommendations or treatment plans; progress or status reports; discharge summaries; and other records reflecting her response to or compliance with mental-health treatment.

IT IS SO ORDERED.

Dated: September 27, 2026

Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE