**Serita Rios, SBN# 246568**
**Law Office of Serita Rios**
**1435 L Street**
**Fresno, CA 93721**
**Telephone (559) 224-1800**
**Facsimile (559) 224-1806**
**serita@seritarioslaw.com**

Attorney for Defendant VICTORIA LIMA

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>VICTORIA LIMA,<br><br>Defendant. | Case No. 1:25-CR-00132-JLT-SAB<br><br>**STIPULATION TO CONTINUE SENTENCING AND MODIFY PRESENTENCE INVESTIGATION SCHEDULE; ORDER**<br><br>Date: November 2, 2026<br>Time: 9:00 a.m.<br>Court: Hon. Jennifer L. Thurston |

This matter is set for sentencing on November 2, 2026. The parties now move, by stipulation, to continue the sentencing hearing to December 7, 2026. Ms. Lima is a participant in the Better Choices Court Program and is scheduled to complete the program on November 17, 2026.[1] Defense counsel is requesting to continue the sentencing hearing to allow Ms. Lima to complete the program. The Probation Officer assigned to this matter, Elizabeth Gutierrez, has been notified of this stipulation and is in agreement with the proposed sentencing date and schedule.

[1] Counsel was previously informed that Ms. Lima was expected to complete the BCC program in October which was why the Sentencing hearing was previously continued to November 2, 2026.

IT IS HEREBY STIPUALTED by and between the parties hereto, and through their respective attorneys of record, that the sentencing hearing in the above-captioned matter currently set for November 2, 2026, be continued to December 7, 2026. The parties agree that time be excluded in the interests of justice pursuant to 18 U.S.C. §§3161(h)(7)(A) and (B)(i)(ii).

IT IS FURTHER STIPULATED that the Presentence Investigation Schedule be modified as follows:

| | |
|---|---|
| Judgment and Sentencing Date: | December 7, 2026 |
| Reply or Statement of Non-Opposition: | November 30, 2026 |
| Formal Objections to the PSR shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | November 23, 2026 |
| Final PSR shall be filed with the Court and disclosed to counsel no later than: | November 16, 2026 |

**IT IS SO STIPULATED.**

Dated: October 8, 2026

*/s/ Serita Rios*

**Serita Rios**
Attorney for Defendant

Dated: October 8, 2026

*/s/ Antonio Pataca*

**Antonio Pataca**
Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.

Dated: October 8, 2026

UNITED STATES DISTRICT JUDGE